AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00311 |
| MATTHEW EUGENE LOGANBILL | ) Assigned To : Meriweather, Robin M. |
| | ) Assign. Date : 3/15/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **MATTHEW EUGENE LOGANBILL**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §1512(c)(2)--Obstruction of a Congressional Proceeding

18 U.S.C. §§ 1752(a)(1) and (a)(2)--Unlawful Entry

18 U.S.C. § 2(a)--Aiding and Abetting

40 U.S.C. §§ 5104(e)(2)(D) and 5104(e)(2)(G)--Violent Entry or Disorderly Conduct

Date: 03/16/2021

*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 3/16/21, and the person was arrested on *(date)* 3/29/21
at *(city and state)* Versailles, MO.

Date: 3/29/21

*Arresting officer's signature*

Erik Zumdome, DUSM
*Printed name and title*