UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MATTHEW EUGENE LOGANBILL,<br><br>Defendant. | Case No. 21-mj-311 (RMM) |

### ORDER CLARIFYING CONDITIONS OF RELEASE

As discussed on the record at the hearing on July 23, 2021, the Court has been asked to clarify the conditions of release applicable to Defendant as they relate to his transportation and use of firearms in connection with his business. Accordingly, it is hereby

**ORDERED** that Defendant is permitted to transport firearms between his two businesses for the purposes of those businesses; to store firearms at his firing range in connection with that business; and to handle firearms for the purpose of training at his firing range. He is prohibited from transporting or handling firearms in any other manner or for any other purposes. It is further

**ORDERED** that all other conditions of release previously imposed (*see* ECF No. 6) remain in force.

**SO ORDERED**.

July 23, 2021

_____
G. Michael Harvey
United States Magistrate Judge